ACCEPTED
01-15-00571-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 9:39:24 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00571-CV**

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/19/2015 9:39:24 PM

CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF
A.G. AND F.G., CHILDREN**

**S.F., APPELLANT**

**VS.**

**DEPARTMENT OF FAMILY & PROTECTIVE
SERVICES, APPELLEE**

ON APPEAL FROM
THE 313TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2013-06904J

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND
APPELLANT'S UNOPPOSED MOTION FOR FIRST
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, S.F., respondent

Page 1 of 5

mother, and hereby files this notice of appearance of appellate counsel and unopposed motion for first extension of time to file appellant's brief, and in support thereof would respectfully show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable Glenn H. Devlin, Presiding Judge, 313th District Court of Harris County, Texas, and entered June_____ , 2015, Cause No. 2013-06904J, styled "*In the Interest of A.G. and F.G., Children;* In the District Court of Harris County, 313th Judicial District."

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by **Tex. R. App. P. 20.1(a)(3).** *See Attached.*

## III.

This is an accelerated appeal. Appellant's brief is due August 24, 2015.

The undersigned is requesting an extension of time up to and including September 24, 2015, to prepare and file appellant's brief citing the undersigned's desire for additional time to review the record (and any supplementation) in this appeal.

Appellate counsel was not the attorney of record in the underlying cause.

Further, appellate counsel would show that good cause exists to grant the requested extension of time as he also is preparing the appellant's brief in Cause No. 01-15-00589-CV; styled: *In the Interest of T.J.C.. II, Child,* said brief being due September 3, 2015, absent request for a first extension. He also is preparing the appellant's brief in Cause No. 14-15-00601-CV; styled: *In the Interest of N.S., Child,* said brief on first extension and being due September 8, 2015.

Additionally, appellate counsel will be making several appearances in the district and probate courts of Harris County, Texas over the next several weeks as well as an appearance in the County Court at Law, Austin County, Texas on August 25, 2015.

Finally, this motion to extend time is filed in conformity with **Tex. R. App. P. 10.5.**

WHEREFORE, PREMISES CONSIDERED, S.F., Appellant, prays that the Court take notice that Donald M. Crane has been appointed her appellate counsel and, further, grant her unopposed motion for first extension of time to file appellant's brief up to and including September 24, 2015, as set forth above. Appellant prays for general relief.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT S.F.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

/s/ **Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2015, a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel and Unopposed Motion for First Extension of Time to File Appellant's Brief was served in accordance with the TRAP.

1. Sandra D. Hachem
   Senior Assistant County Attorney
   1019 Congress Avenue, 15th Floor
   Houston, Texas  77002-1700
   (713) 437-4700 fax

/s/ **Donald M. Crane**
Donald M. Crane